**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

**IN RE:**   CASE NO.: 17-10711-TPA
   CHAPTER 13

**Joseph W. Simmons, II,**

   **Debtor.**

_____/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST IX ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

 RAS Crane, LLC
 Attorney for Secured Creditor
 10700 Abbott's Bridge Road, Suite 170,
 Duluth, GA 30097
 Telephone: 470-321-7112

 By: /s/Sindi Mncina
  Sindi Mncina, Esquire
  Email: smncina@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 3, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Joseph W. Simmons, II
119 N Summit Rd
Greenville, PA 16125

And via electronic mail to:

Lawrence W. Willis
Willis & Associates
201 Penn Center Blvd Suite 310
Pittsburgh, PA 15235

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

                    RAS Crane, LLC
                    Attorney for Secured Creditor
                    10700 Abbott's Bridge Road, Suite 170,
                    Duluth, GA 30097
                    Telephone: 470-321-7112

                    By: /s/Sindi Mncina
                    Sindi Mncina, Esquire
                    Email: smncina@rascrane.com