**2100 B (12/15)**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA
### Case No. 17-10711-TPA
### Chapter 13

In re: Debtor(s) (including Name and Address)

Joseph W. Simmons, II
119 N Summit Rd
Greenville PA 16125

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/13/2020.

Name and Address of Alleged Transferor(s):

Claim No. 2: THE BANK OF NEW YORK MELLON ET.AL., OCWEN LOAN SERVICING, LLC, Attn: BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH, FL, 33416-4605

Name and Address of Transferee:

U.S. Bank National Association, et al
c/oNationstar MortgageLLC dba Mr. Cooper
P.O. Box 619094
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    01/16/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                      Case No. 17-10711-TPA
Joseph W. Simmons, II                                       Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: bsil          Page 1 of 1          Date Rcvd: Jan 14, 2020
                             Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2020.
14735309          THE BANK OF NEW YORK MELLON ET.AL.,   OCWEN LOAN SERVICING, LLC,   Attn: BANKRUPTCY DEPARTMENT,
                  P.O. BOX 24605,   WEST PALM BEACH, FL, 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2020 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor   U.S. Bank National Association, not in its individual
           capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST IX bkgroup@kmllawgroup.com
          Jerome B. Blank   on behalf of Creditor   The Bank of New York Mellon etal pawb@fedphe.com
          Lawrence W. Willis   on behalf of Debtor Joseph W. Simmons, II ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com;willis1r88866@notify.bestcase.com
          Mario J. Hanyon   on behalf of Creditor   The Bank of New York Mellon etal pawb@fedphe.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          Sherri J. Smith   on behalf of Creditor   The Bank of New York Mellon etal pawb@fedphe.com,
           sherri.smith@phelanhallinan.com
          Sindi  Mncina   on behalf of Creditor   U.S. Bank National Association, not in its individual
           capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST IX smncina@rascrane.com
          Thomas   Song   on behalf of Creditor   The Bank of New York Mellon etal pawb@fedphe.com
                                                                            TOTAL: 9