IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Joseph W. Simmons, II | : | Bankruptcy No. 17-10711-TPA |
| | | : | Chapter 13 |
| | Debtor(s) | : | |
| | | : | |
| | | : | Claim No. 2 |
| Movant | Goldman Sachs Mortgage Company | : | |
| | v. | : | |
| | | : | |
| Respondent (if none, then "No Respondent") | : | |
| No Respondent | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:
   Creditor Name:   Goldman Sachs Mortgage Company
   Incorrect Address:   Selene Finance, LP
                                9990 Richmond Ave.
                                Suite 400 South
                                Houston  TX  77042

Corrected Address:
   Creditor Name:   Goldman Sachs Mortgage Company
   Correct Address:   Selene Finance LP
                                Attn: BK Dept
                                3501 Olympus Blvd, Suite 500
                                Dallas, TX 75019

Dated May 23, 2022

/s/ Charles G. Wohlrab
Electronic Signature of Debtor(s)' Attorney

Charles G. Wohlrab, Esq.
Typed Name

10700 ABBOTT'S BRIDGE ROAD, Ste. 170, Duluth, GA 30097
Address

(470) 321-7112 Ext. 257
Phone No.

314532
Bar I.D. and State of Admission

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on ___June 6, 2022____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JOSEPH W. SIMMONS, II
119 N SUMMIT RD
GREENVILLE, PA 16125

And via electronic mail to:

LAWRENCE W. WILLIS
WILLIS & ASSOCIATES
201 PENN CENTER BLVD
SUITE 310
PITTSBURGH, PA 15235

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222


By: /s/ Angela Gill