**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Joseph W. Simmons, II, | : | Chapter 13 |
| | : | |
| **Movant** | : | Bankruptcy No. 17-10711-TPA |
| _____ | : | |
| Lawrence Willis, Esquire / | : | |
| Willis & Associates, | : | Related to Docket No. 61 |
| **Applicant** | : | |
| | : | Hearing Date and Time: |
| vs. | : | June 29, 2022 at 11:30 am |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

## CERTIFICATION OF NO OBJECTION REGARDING THE APPLICATION FOR COMPENSATION FILED AT DOCKET NO. 61

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on May 18, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 6, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: June 7, 2022          By: /s/ Lawrence Willis Esquire
                              Lawrence W Willis, Esquire
                              PA I.D. # 85299
                              Willis & Associates
                              201 Penn Center Blvd
                              Pittsburgh, PA 15235
                              Tel: 412.235.1721
                              Fax: 412.542.1704
                              lawrencew@urfreshstrt.com
                              Attorney for Debtors