Certificate Number: 05781-PAW-DE-036688962

Bankruptcy Case Number: 17-10711



05781-PAW-DE-036688962

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 16, 2022, at 3:00 o'clock PM PDT, Joseph Simmons Ii completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  July 16, 2022　　　　　　　　　　By:　　/s/Allison M Geving

　　　　　　　　　　　　　　　　　　　　Name:　Allison M Geving

　　　　　　　　　　　　　　　　　　　　Title:　President