Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Joseph W. Simmons II**
Debtor(s)

Bankruptcy Case No.: 17−10711−JAD

Chapter: 13
Docket No.: 80 − 77

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 3rd of October, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, U.S. Courthouse, Room B160 17 South Park Row Erie, PA 16501 by 11/28/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/7/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/28/22.**

                                    Jeffery A. Deller
                                    United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 17-10711-JAD
Joseph W. Simmons, II Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 2
Date Rcvd: Oct 03, 2022     Form ID: 408     Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph W. Simmons, II, 119 N Summit Rd, Greenville, PA 16125-9227 |
| 15393865 | | Goldman Sachs Mortgage Company, P.O. Box 422039, Houston, TX 77242-4239 |
| 14655566 | | Midland Funding LLC, Suite 200, San Diego, CA 92123 |
| 14655568 | + | Ocwen Loan Servicing LLC, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 14655571 | + | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 15183421 | + | U.S. Bank National Association, et al, c/oNationstar MortgageLLC dba Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14734321 | | Email/Text: G06041@att.com | Oct 04 2022 01:46:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14655565 | ^ | MEBN | Oct 04 2022 01:00:42 | Diversified Adj Svc, 600 Coon Rapids Blvd NW, Coon Rapids, MN 55433-5549 |
| 14655569 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 04 2022 01:36:00 | Penn Power, 1310 Fairmont Ave, Fairmont, WV 26554-3526 |
| 14655570 | + | Email/Text: RASEBN@raslg.com | Oct 04 2022 01:36:00 | Robertson, Anschutz & Schneid, P.L, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 14735309 | | Email/Text: BKEBN-Notifications@ocwen.com | Oct 04 2022 01:36:00 | THE BANK OF NEW YORK MELLON ET.AL., OCWEN LOAN SERVICING, LLC, Attn: BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH, FL, 33416-4605 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Goldman Sachs Mortgage Company |
| cr | | The Bank of New York Mellon etal |
| cr | | U.S. Bank National Association, not in its individ |
| 14667325 | *+ | Allied Interstate, 7525 W CAMPUS RD, New Albany, OH 43054-1121 |
| 14667326 | *+ | Diversified Adj Svc, 600 Coon Rapids Blvd NW, Coon Rapids, MN 55433-5549 |
| 14655567 | * | Midland Funding LLC, Suite 200, San Diego, CA 92123 |
| 14667327 | * | Midland Funding LLC, Suite 200, San Diego, CA 92123 |
| 14667328 | *+ | Ocwen Loan Servicing LLC, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 14667329 | *+ | Penn Power, 1310 Fairmont Ave, Fairmont, WV 26554-3526 |

| District/off: 0315-1 | User: auto | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Oct 03, 2022 | Form ID: 408 | Total Noticed: 11 |

| | | |
| --- | --- | --- |
| 14667330 | *+ | Robertson, Anschutz & Schneid, P.L, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 14667331 | *+ | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14735310 | * | THE BANK OF NEW YORK MELLON ET.AL., OCWEN LOAN SERVICING, LLC, Attn: BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH, FL, 33416-4605 |
| 14655564 | ##+ | Allied Interstate, 7525 W CAMPUS RD, New Albany, OH 43054-1121 |

TOTAL: 3 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST IX bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Goldman Sachs Mortgage Company cwohlrab@raslg.com |
| Jerome B. Blank | on behalf of Creditor The Bank of New York Mellon etal pawb@fedphe.com |
| Lawrence W. Willis | on behalf of Debtor Joseph W. Simmons  II ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Mario J. Hanyon | on behalf of Creditor The Bank of New York Mellon etal wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sherri J. Smith | on behalf of Creditor The Bank of New York Mellon etal ssmith@pincuslaw.com  brausch@pincuslaw.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST IX smncina@rascrane.com |
| Thomas Song | on behalf of Creditor The Bank of New York Mellon etal pawb@fedphe.com |

TOTAL: 10