**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JOSEPH W. SIMMONS, II | Case No.:17-10711 TPA |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 27, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/07/2017 and confirmed on 9/6/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 47,361.00 |
| Less Refunds to Debtor | 300.04 | |
| TOTAL AMOUNT OF PLAN FUND | | 47,060.96 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 2,145.46 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,645.46 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   GOLDMAN SACHS MORTGAGE CO | 0.00 | 24,380.69 | 0.00 | 24,380.69 |
|     Acct: 5354 | | | | |
|   GOLDMAN SACHS MORTGAGE CO | 16,362.36 | 16,362.36 | 0.00 | 16,362.36 |
|     Acct: 5354 | | | | |
| | | | | 40,743.05 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOSEPH W. SIMMONS, II | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOSEPH W. SIMMONS, II | 300.04 | 300.04 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX8-22 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ALLIED INTERSTATE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7858 | | | | |
|   DIVERSIFIED ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1770 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5358 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5876 | | | | |
|   PENN POWER** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERTSON ANSCHUTZ & SCHNEID PL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DIRECTV LLC BY AMERICAN INFOSOURC | 767.41 | 672.45 | 0.00 | 672.45 |

17-10711 TPA                                                                                         Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 9707 | | | | |
|    STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    CARYN SIMMONS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    RAS CRANE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 672.45 |

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 41,415.50 |

TOTAL CLAIMED
PRIORITY           0.00
SECURED      16,362.36
UNSECURED        767.41

Date: 09/27/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOSEPH W. SIMMONS, II

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-10711 TPA

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Joseph W. Simmons, II  
    Debtor

Case No. 17-10711-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 2  
Date Rcvd: Oct 03, 2022     Form ID: pdf900     Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph W. Simmons, II, 119 N Summit Rd, Greenville, PA 16125-9227 |
| 15393865 | | Goldman Sachs Mortgage Company, P.O. Box 422039, Houston, TX 77242-4239 |
| 14655566 | | Midland Funding LLC, Suite 200, San Diego, CA 92123 |
| 14655568 | + | Ocwen Loan Servicing LLC, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 14655571 | + | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 15183421 | + | U.S. Bank National Association, et al, c/oNationstar MortgageLLC dba Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14734321 | | Email/Text: G06041@att.com | Oct 04 2022 01:46:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14655565 | ^ | MEBN | Oct 04 2022 01:00:42 | Diversified Adj Svc, 600 Coon Rapids Blvd NW, Coon Rapids, MN 55433-5549 |
| 14655569 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 04 2022 01:36:00 | Penn Power, 1310 Fairmont Ave, Fairmont, WV 26554-3526 |
| 14655570 | + | Email/Text: RASEBN@raslg.com | Oct 04 2022 01:36:00 | Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 14735309 | | Email/Text: BKEBN-Notifications@ocwen.com | Oct 04 2022 01:36:00 | THE BANK OF NEW YORK MELLON ET.AL., OCWEN LOAN SERVICING, LLC, Attn: BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH, FL, 33416-4605 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Goldman Sachs Mortgage Company |
| cr | | The Bank of New York Mellon etal |
| cr | | U.S. Bank National Association, not in its individ |
| 14667325 | *+ | Allied Interstate, 7525 W CAMPUS RD, New Albany, OH 43054-1121 |
| 14667326 | *+ | Diversified Adj Svc, 600 Coon Rapids Blvd NW, Coon Rapids, MN 55433-5549 |
| 14655567 | * | Midland Funding LLC, Suite 200, San Diego, CA 92123 |
| 14667327 | * | Midland Funding LLC, Suite 200, San Diego, CA 92123 |
| 14667328 | *+ | Ocwen Loan Servicing LLC, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 14667329 | *+ | Penn Power, 1310 Fairmont Ave, Fairmont, WV 26554-3526 |

Case 17-10711-JAD    Doc 82    Filed 10/05/22    Entered 10/06/22 00:31:09    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 03, 2022 | Form ID: pdf900 | Total Noticed: 11 |

| 14667330 | *+ | Robertson, Anschutz & Schneid, P.L, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 14667331 | *+ | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14735310 | * | THE BANK OF NEW YORK MELLON ET.AL., OCWEN LOAN SERVICING, LLC, Attn: BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH, FL, 33416-4605 |
| 14655564 | ##+ | Allied Interstate, 7525 W CAMPUS RD, New Albany, OH 43054-1121 |

TOTAL: 3 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:**

**Name** | **Email Address**

Brian Nicholas
   on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST IX bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
   on behalf of Creditor Goldman Sachs Mortgage Company cwohlrab@raslg.com

Jerome B. Blank
   on behalf of Creditor The Bank of New York Mellon etal pawb@fedphe.com

Lawrence W. Willis
   on behalf of Debtor Joseph W. Simmons II ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Mario J. Hanyon
   on behalf of Creditor The Bank of New York Mellon etal wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

Sherri J. Smith
   on behalf of Creditor The Bank of New York Mellon etal ssmith@pincuslaw.com brausch@pincuslaw.com

Sindi Mncina
   on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST IX smncina@rascrane.com

Thomas Song
   on behalf of Creditor The Bank of New York Mellon etal pawb@fedphe.com

TOTAL: 10